1    ELIZABETH A. STRANGE
    First Assistant United States Attorney
2    District of Arizona
    Angela W. Woolridge
3    Assistant U.S. Attorney
    Arizona State Bar No. 022079
4    United States Courthouse
    405 W. Congress Street, Suite 4800
5    Tucson, Arizona 85701
    Telephone: 520-620-7300
6    Email: angela.woolridge@usdoj.gov
    Attorneys for Plaintiff

**FILED**

2017 DEC -6 PM 5: 14

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

RM(LCK)

# CR 17 - 1904 TUC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | I N D I C T M E N T |
|        Plaintiff, | Violations: |
|    vs. | 18 U.S.C. § 2(a)<br>(Aiding and Abetting the Commission of an Offense)<br>Counts 3, 5, 8, 9, 10, 27 |
| (1) Edgar Antonio Casahonda<br>Counts 5, 8, 9, 10, 27, 28, 29, 30; | 18 U.S.C. § 371<br>(Conspiracy)<br>Count 30 |
| (2) Antonio Adrian Nieto Macias<br>Counts 3, 10, 30; | 18 USC § 554(a); 22 USC § 2778; 22 CFR §§ 121.1 and 123.1<br>(Smuggling Goods From the United States)<br>Count 28 |
| (3) Jose Rodriguez San Miguel<br>Counts 3, 5, 6, 7, 10, 30; | |
| (4) Martin Flores<br>Counts 1, 2, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23 , 24, 25, 26, 30; | 18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>(False Statements in Connection with Acquisition of Firearm)<br>Counts 1, 3, 5, 6, 7, 8, 9, 10, 11, 13, 15, 17, 19, 21, 23, 25, 27 |
| (5) Jesus De La Cruz Moreno<br>Counts 8, 9, 30; | 18 U.S.C. § 924(a)(1)(A)<br>(False Statement in Record of Federal Firearms Licensee)<br>Counts 2, 4, 12, 14, 16, 18, 20, 22, 24, 26 |
| (6) Cesar Ernesto Lorea Rubio<br>Counts 4, 30; | |
| (7) Francisco Fabian Alexis Romero<br>Counts 27, 28, 30; | 18 U.S.C. § 1001(a)(2)<br>(False Statements)<br>Count 29 |
|        Defendants. | 18 U.S.C. § 924(d)(1); 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

1 **THE GRAND JURY CHARGES:**

2 <u>**COUNT 1**</u>

3    On or about July 12, 2017, at or near Tucson, in the District of Arizona, MARTIN

4 FLORES, in connection with the acquisition of firearms, that is; one Century Arms

5 International, model AK63DS, 7.62x39mm caliber rifle, serial number AK63DS-FO3195;

6 and one Colt, model M4 Carbine, 5.56mm caliber rifle, serial number LE438999; from

7 SnG Tactical - SnG Arms, dba Smoke & Glory, a licensed dealer of firearms within the

8 meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and

9 fictitious written statement to SnG Tactical - SnG Arms, which statement was intended to

10 deceive SnG Tactical - SnG Arms as to a fact material to the lawfulness of such sale of

11 said firearms to MARTIN FLORES under Chapter 44, Title 18, United States Code; in that

12 MARTIN FLORES stated that he was the actual transferee/buyer of said firearms; in

13 violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

14 <u>**COUNT 2**</u>

15    On or about July 12, 2017, at or near Tucson, in the District of Arizona, MARTIN

16 FLORES knowingly made a false statement and representation to SnG Tactical - SnG

17 Arms, dba Smoke & Glory, licensed under the provisions of Chapter 44, Title 18, United

18 States Code, with respect to information required by the provisions of Chapter 44, Title 18,

19 United States Code, to be kept in the records of SnG Tactical - SnG Arms; in that MARTIN

20 FLORES, in connection with the purchase of firearms, that is one Century Arms

21 International, model AK63DS, 7.62x39mm caliber rifle, serial number AK63DS-FO3195;

22 and one Colt, model M4 Carbine, 5.56mm caliber rifle, serial number LE438999; stated

23 that his address was 57 Chula Vista Lane, Nogales, Arizona; in violation of Title 18, United

24 States Code, Section 924(a)(1)(A).

25 <u>**COUNT 3**</u>

26    On or about July 12, 2017, at or near Tucson, in the District of Arizona, JOSE

27 RODRIGUEZ SAN MIGUEL and ANTONIO ADRIAN NIETO MACIAS, in connection

28 with the acquisition of firearms, that is; one Century Arms International, model N-PAP

DF, 7.62x39mm caliber rifle, serial number NPDF011269; and one Colt, model M4 Carbine, 5.56mm caliber rifle, serial number LE561596; from SnG Tactical - SnG Arms, dba Smoke & Glory, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to SnG Tactical - SnG Arms, which statement was intended to deceive SnG Tactical - SnG Arms as to a fact material to the lawfulness of such sale of said firearms to JOSE RODRIGUEZ SAN MIGUEL under Chapter 44, Title 18, United States Code; in that JOSE RODRIGUEZ SAN MIGUEL stated that he was the actual transferee/buyer of said firearms, and ANTONIO ADRIAN NIETO MACIAS aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

## COUNT 4

On or about July 15, 2017, at or near Avondale, in the District of Arizona, CESAR ERNESTO LOREA RUBIO knowingly made a false statement and representation to Sportsman's Warehouse #252, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Sportsman's Warehouse #252; in that CESAR ERNESTO LOREA RUBIO, in connection with the purchase of firearms, that is, one Colt, model M4 Carbine, .223/5.56mm caliber rifle, serial number LE561074; stated that his address was 2242 N. Escuela View, Nogales, Arizona; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 5

On or about July 15, 2017, at or near Phoenix, in the District of Arizona, JOSE RODRIGUEZ SAN MIGUEL and EDGAR ANTONIO CASAHONDA, in connection with the acquisition of a firearm, that is; one Century Arms International, model N-PAP, 7.62x39 mm caliber rifle, serial number NPDF010953; from Ammo AZ, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Ammo AZ, which statement was intended

to deceive Ammo AZ as to a fact material to the lawfulness of such sale of said firearm to JOSE RODRIGUEZ SAN MIGUEL under Chapter 44, Title 18, United States Code; in that JOSE RODRIGUEZ SAN MIGUEL stated that he was the actual transferee/buyer of said firearm, and EDGAR ANTONIO CASAHONDA aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

## COUNT 6

On or about July 16, 2017, at or near Avondale, in the District of Arizona, JOSE RODRIGUEZ SAN MIGUEL, in connection with the attempted acquisition of a firearm, that is; one Colt, model M4 Carbine, .223/5.56mm caliber rifle, serial number LE560940; from Sportsman's Warehouse #252, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Sportsman's Warehouse #252, which statement was intended to deceive Sportsman's Warehouse #252 as to a fact material to the lawfulness of such sale of said firearm to JOSE RODRIGUEZ SAN MIGUEL under Chapter 44, Title 18, United States Code; in that JOSE RODRIGUEZ SAN MIGUEL stated that he was the actual transferee/buyer of said firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 7

On or about July 16, 2017, at or near Tucson, in the District of Arizona, JOSE RODRIGUEZ SAN MIGUEL, in connection with the attempted acquisition of a firearm, that is; one Colt, model M4 Carbine, .223/5.56mm caliber rifle, serial number LE510229; from Sportsman's Warehouse #132, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Sportsman's Warehouse #132, which statement was intended to deceive Sportsman's Warehouse #132 as to a fact material to the lawfulness of such sale of said firearm to JOSE RODRIGUEZ SAN MIGUEL under Chapter 44, Title 18, United States Code; in that JOSE RODRIGUEZ SAN MIGUEL stated that he was the actual

transferee/buyer of said firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 8

On or about July 18, 2017, at or near Tucson, in the District of Arizona, JESUS DE LA CRUZ MORENO and EDGAR ANTONIO CASAHONDA, in connection with the acquisition of a firearm, that is; one Colt, model M4 Carbine, .223/5.56mm caliber rifle, serial number LE510229; from Sportsman's Warehouse #132, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Sportsman's Warehouse #132, which statement was intended to deceive Sportsman's Warehouse #132 as to a fact material to the lawfulness of such sale of said firearm to JESUS DE LA CRUZ MORENO under Chapter 44, Title 18, United States Code; in that JESUS DE LA CRUZ MORENO stated that he was the actual transferee/buyer of said firearm, and EDGAR ANTONIO CASAHONDA aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

## COUNT 9

On or about July 18, 2017, at or near Tucson, in the District of Arizona, JESUS DE LA CRUZ MORENO and EDGAR ANTONIO CASAHONDA, in connection with the acquisition of a firearm, that is; one Century Arms International, model AK63DS, 7.62x39mm caliber rifle, serial number AK63DS-F04552; from Second Amendment Sports, Inc., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Second Amendment Sports, Inc., which statement was intended to deceive Second Amendment Sports, Inc. as to a fact material to the lawfulness of such sale of said firearm to JESUS DE LA CRUZ MORENO under Chapter 44, Title 18, United States Code; in that JESUS DE LA CRUZ MORENO stated that he was the actual transferee/buyer of said firearm, and EDGAR ANTONIO CASAHONDA aided, abetted, counseled, commanded, induced, and

procured such false and fictitious statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

### COUNT 10

On or about July 24, 2017, at or near Tucson, in the District of Arizona, JOSE RODRIGUEZ SAN MIGUEL, EDGAR ANTONIO CASAHONDA and ANTONIO ADRIAN NIETO MACIAS, in connection with the acquisition of a firearm, that is; one Colt, model LE6920, 5.56mm caliber rifle, serial number LE416962; from R&A Tactical, LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to R&A Tactical, LLC, which statement was intended to deceive R&A Tactical, LLC as to a fact material to the lawfulness of such sale of said firearm to JOSE RODRIGUEZ SAN MIGUEL under Chapter 44, Title 18, United States Code; in that JOSE RODRIGUEZ SAN MIGUEL stated that he was the actual transferee/buyer of said firearm, and EDGAR ANTONIO CASAHONDA and ANTONIO ADRIAN NIETO MACIAS aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement; in violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

### COUNT 11

On or about July 24, 2017, at or near Tucson, in the District of Arizona, MARTIN FLORES, in connection with the acquisition of a firearm, that is; one Colt, model LE6920, 5.56mm caliber rifle, serial number LE413704; from R&A Tactical, LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to R&A Tactical, LLC, which statement was intended to deceive R&A Tactical, LLC as to a fact material to the lawfulness of such sale of said firearm to MARTIN FLORES under Chapter 44, Title 18, United States Code; in that MARTIN FLORES stated that he was the actual transferee/buyer of said firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

/ / /

## COUNT 12

On or about July 24, 2017, at or near Tucson, in the District of Arizona, MARTIN FLORES knowingly made a false statement and representation to R&A Tactical, LLC, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of R&A Tactical, LLC; in that MARTIN FLORES, in connection with the purchase of a firearm, that is; one Colt, model LE6920, 5.56mm caliber rifle, serial number LE413704; stated that his address was 57 Chula Vista Lane, Nogales, Arizona; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 13

On or about August 2, 2017, at or near Tucson, in the District of Arizona, MARTIN FLORES, in connection with the acquisition of a firearm, that is; one Colt, model M4 Carbine, 5.56mm caliber rifle, serial number LE561836; from SnG Tactical - SnG Arms, dba Smoke & Glory, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to SnG Tactical - SnG Arms, which statement was intended to deceive SnG Tactical - SnG Arms as to a fact material to the lawfulness of such sale of said firearm to MARTIN FLORES under Chapter 44, Title 18, United States Code; in that MARTIN FLORES stated that he was the actual transferee/buyer of said firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 14

On or about August 2, 2017, at or near Tucson, in the District of Arizona, MARTIN FLORES knowingly made a false statement and representation to SnG Tactical - SnG Arms, dba Smoke & Glory, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of SnG Tactical - SnG Arms; in that MARTIN FLORES, in connection with the purchase of a firearm, that is; one Colt, model M4 Carbine, 5.56mm caliber rifle, serial number LE561836; stated that his address was 57

Chula Vista Lane, Nogales, Arizona; in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT 15**

On or about August 2, 2017, at or near Tucson, in the District of Arizona, MARTIN FLORES, in connection with the acquisition of a firearm, that is; one Colt, model LE6920, 5.56mm caliber rifle, serial number LE413797; from R&A Tactical, LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to R&A Tactical, LLC, which statement was intended to deceive R&A Tactical, LLC as to a fact material to the lawfulness of such sale of said firearm to MARTIN FLORES under Chapter 44, Title 18, United States Code; in that MARTIN FLORES stated that he was the actual transferee/buyer of said firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 16**

On or about August 2, 2017, at or near Tucson, in the District of Arizona, MARTIN FLORES knowingly made a false statement and representation to R&A Tactical, LLC, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of R&A Tactical, LLC; in that MARTIN FLORES, in connection with the purchase of a firearm, that is; one Colt, model LE6920, 5.56mm caliber rifle, serial number LE413797; stated that his address was 57 Chula Vista Lane, Nogales, Arizona; in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT 17**

On or about August 11, 2017, at or near Tucson, in the District of Arizona, MARTIN FLORES, in connection with the acquisition of a firearm, that is; one Colt, model M4 Carbine, .223/5.56mm caliber rifle, serial number LE564127; from Sportsman's Warehouse #132, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Sportsman's Warehouse #132, which statement was intended to deceive Sportsman's

1    Warehouse #132 as to a fact material to the lawfulness of such sale of said firearm to

2    MARTIN FLORES under Chapter 44, Title 18, United States Code; in that MARTIN

3    FLORES stated that he was the actual transferee/buyer of said firearm; in violation of Title

4    18, United States Code, Sections 922(a)(6) and 924(a)(2).

5                            **COUNT 18**

6         On or about August 11, 2017, at or near Tucson, in the District of Arizona, MARTIN

7    FLORES knowingly made a false statement and representation to Sportsman's Warehouse

8    #132, licensed under the provisions of Chapter 44, Title 18, United States Code, with

9    respect to information required by the provisions of Chapter 44, Title 18, United States

10    Code, to be kept in the records of Sportsman's Warehouse #132; in that MARTIN

11    FLORES, in connection with the purchase of a firearm, that is; one Colt, model M4

12    Carbine, .223/5.56mm caliber rifle, serial number LE564127; stated that his address was

13    57 Chula Vista Lane, Nogales, Arizona; in violation of Title 18, United States Code,

14    Section 924(a)(1)(A).

15                             **COUNT 19**

16         On or about August 24, 2017, at or near Tucson, in the District of Arizona, MARTIN

17    FLORES, in connection with the acquisition of a firearm, that is; one Century Arms

18    International, model N-PAP, 7.62x39mm caliber rifle, serial number N-PAP056740; from

19    SnG Tactical - SnG Arms, dba Smoke & Glory, a licensed dealer of firearms within the

20    meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and

21    fictitious written statement to SnG Tactical - SnG Arms, which statement was intended to

22    deceive SnG Tactical - SnG Arms as to a fact material to the lawfulness of such sale of

23    said firearm to MARTIN FLORES under Chapter 44, Title 18, United States Code; in that

24    MARTIN FLORES stated that he was the actual transferee/buyer of said firearm; in

25    violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

26                             **COUNT 20**

27         On or about August 24, 2017, at or near Tucson, in the District of Arizona, MARTIN

28    FLORES knowingly made a false statement and representation to SnG Tactical - SnG

Arms, dba Smoke & Glory, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of SnG Tactical - SnG Arms; in that MARTIN FLORES, in connection with the purchase of firearms, that is; one Century Arms International, model N-PAP, 7.62x39mm caliber rifle, serial number N-PAP056740; stated that his address was 57 Chula Vista Lane, Nogales, Arizona; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 21

On or about August 25, 2017, at or near Tucson, in the District of Arizona, MARTIN FLORES, in connection with the acquisition of a firearm, that is; one Colt, model 6920, 5.56mm caliber rifle, serial number LE452151; from Glockmeister, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Glockmeister, which statement was intended to deceive Glockmeister as to a fact material to the lawfulness of such sale of said firearm to MARTIN FLORES under Chapter 44, Title 18, United States Code; in that MARTIN FLORES stated that he was the actual transferee/buyer of said firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 22

On or about August 25, 2017, at or near Tucson, in the District of Arizona, MARTIN FLORES knowingly made a false statement and representation to Glockmeister, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Glockmeister; in that MARTIN FLORES, in connection with the purchase of firearms, that is; one Colt, model 6920, 5.56mm caliber rifle, serial number LE452151; stated that his address was 57 Chula Vista Lane, Nogales, Arizona; in violation of Title 18, United States Code, Section 924(a)(1)(A).

/ / /

**COUNT 23**

On or about August 31, 2017, at or near Tucson, in the District of Arizona, MARTIN FLORES, in connection with the acquisition of a firearm, that is; one Century Arms International, model RAS47, 7.62x39mm caliber rifle, serial number RAS47085010; from Liberty Pawn Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to Liberty Pawn Shop, which statement was intended to deceive Liberty Pawn Shop as to a fact material to the lawfulness of such sale of the said firearm to MARTIN FLORES under Chapter 44, Title 18, United States Code; in that MARTIN FLORES stated that he was the actual transferee/buyer of said firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 24**

On or about August 31, 2017, at or near Tucson, in the District of Arizona, MARTIN FLORES knowingly made a false statement and representation to Liberty Pawn Shop, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Liberty Pawn Shop; in that MARTIN FLORES, in connection with the purchase of firearms, that is; one Century Arms International, model RAS47, 7.62x39mm caliber rifle, serial number RAS47085010; stated that his address was 57 Chula Vista Lane, Nogales, Arizona; in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT 25**

On or about September 11, 2017, at or near Tucson, in the District of Arizona, MARTIN FLORES, in connection with the acquisition of a firearm, that is; one Colt, model M4 Carbine, 5.56mm caliber rifle, serial number LE514694; from SnG Tactical - SnG Arms, dba Smoke & Glory, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to SnG Tactical - SnG Arms, which statement was intended to deceive SnG

Tactical - SnG Arms as to a fact material to the lawfulness of such sale of said firearm to MARTIN FLORES under Chapter 44, Title 18, United States Code; in that MARTIN FLORES stated that he was the actual transferee/buyer of said firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 26

On or about September 11, 2017, at or near Tucson, in the District of Arizona, MARTIN FLORES knowingly made a false statement and representation to SnG Tactical - SnG Arms, dba Smoke & Glory, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of SnG Tactical - SnG Arms; in that MARTIN FLORES, in connection with the purchase of firearms, that is; one Colt, model M4 Carbine, 5.56mm caliber rifle, serial number LE514694; stated that his address was 57 Chula Vista Lane, Nogales, Arizona; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 27

On or about September 12, 2017, at or near Tucson, in the District of Arizona, EDGAR ANTONIO CASAHONDA and FRANCSISCO FABIAN ALEXIS ROMERO, in connection with the acquisition of firearms, that is; one Century Arms International, model N-PAP M70, 7.62x39mm caliber rifle, serial number NPAP059675; one Century Arms International, model RAS47, 7.62x39mm caliber rifle, serial number RAS47068773; one Century Arms International, model AK-63DS, 7.62x39mm caliber rifle, serial number AK63DSF04400; and one Century Arms International, model RAS47, 7.62x39mm caliber pistol, serial number RAS47P001939; from R&A Tactical, LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code; did knowingly make a false and fictitious written statement to R&A Tactical, LLC, which statement was intended to deceive R&A Tactical, LLC as to a fact material to the lawfulness of such sale of said firearms to FRANCSISCO FABIAN ALEXIS ROMERO under Chapter 44, Title 18, United States Code; in that FRANCSISCO FABIAN ALEXIS ROMERO stated that

1  he was the actual transferee/buyer of said firearms; and EDGAR ANTONIO
2  CASAHONDA aided, abetted, counseled, commanded, induced, and procured such false
3  and fictitious statement; in violation of Title 18, United States Code, Sections 2(a),
4  922(a)(6) and 924(a)(2).

**COUNT 28**

6      On or about September 12, 2017, at or near Tucson, in the District of Arizona,
7  EDGAR ANTONIO CASAHONDA and FRANCSISCO FABIAN ALEXIS ROMERO
8  knowingly attempted to export and send from the United States any merchandise, article,
9  or object contrary to any law or regulation of the United States, and received, concealed,
10 bought, sold, and in any manner facilitated the transportation, concealment, and sale of
11 such merchandise, article or object, that is; one Century Arms International, model N-PAP
12 M70, 7.62x39mm caliber rifle, serial number NPAP059675; one Century Arms
13 International, model RAS47, 7.62x39mm caliber rifle, serial number RAS47068773; one
14 Century Arms International, model AK-63DS, 7.62x39mm caliber rifle, serial number
15 AK63DSF04400; and one Century Arms International, model RAS47, 7.62x39mm caliber
16 pistol, serial number RAS47P001939; knowing the same to be intended for exportation
17 contrary to any law or regulation of the United States, to wit: Title 22, United States Code,
18 Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of
19 Federal Regulations, Part 123.1; in violation of Title 18, United States Code, Section
20 554(a).

**COUNT 29**

22     On or about November 6, 2017, at or near Nogales, in the District of Arizona,
23 EDGAR ANTONIO CASAHONDA knowingly and willfully made any materially false,
24 fictitious, and fraudulent statement and misrepresentation in any matter within the
25 jurisdiction of the Government of the United States; to wit, in the course of an investigation
26 by the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and
27 Explosives, EDGAR ANTONIO CASAHONDA denied his true identity and provided a
28 false name; in violation of Title 18, United States Code, Section 1001(a)(2).

**COUNT 30**

From a time unknown to on or about November 6, 2017, at or near Tucson, Phoenix, Avondale, and elsewhere within the District of Arizona, the defendants, EDGAR ANTONIO CASAHONDA, ANTONIO ADRIAN NIETO MACIAS, JOSE RODRIGUEZ SAN MIGUEL, MARTIN FLORES, JESUS DE LA CRUZ MORENO, CESAR ERNESTO LOREA RUBIO, and FRANCISCO FABIAN ALEXIS ROMERO, did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: knowingly making false and fictitious written statements to federally licensed firearms dealers, which statements were intended to deceive the federally licensed firearms dealers as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44, Title 18, United States Code; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**Purpose of the Conspiracy**

The purpose of this conspiracy was to unlawfully acquire firearms on behalf of other individuals by making false statements and representations in the records required by law to be kept by federally licensed firearms dealers; specifically, which regard to the purchase of each firearm, that the individual completing the record was the actual transferee/buyer of the firearm and was not acquiring the firearm on behalf of another person, when in fact the individual completing the record was acquiring the firearm on behalf of another person. The firearms acquired in this manner included:

- Century Arms International, model AK63DS, 7.62x39mm caliber rifle, serial number AK63DS-FO3195
- Colt, model M4 Carbine, 5.56mm caliber rifle, serial number LE438999
- Century Arms International, model N-PAP DF, 7.62x39mm caliber rifle, serial number NPDF011269
- Colt, model M4 Carbine, 5.56mm caliber rifle, serial number LE561596
- Colt, model M4 Carbine, .223/5.56mm caliber rifle, serial number LE561074
- Century Arms International, model N-PAP, 7.62x39 mm caliber rifle, serial number NPDF010953
- Colt, model M4 Carbine, .223/5.56mm caliber rifle, serial number LE560940
- Colt, model M4 Carbine, .223/5.56mm caliber rifle, serial number LE510229

- Century Arms International, model AK63DS, 7.62x39mm caliber rifle, serial number AK63DS-F04552
- Colt, model LE6920, 5.56mm caliber rifle, serial number LE416962
- Colt, model LE6920, 5.56mm caliber rifle, serial number LE413704
- Colt, model M4 Carbine, 5.56mm caliber rifle, serial number LE561836
- Colt, model LE6920, 5.56mm caliber rifle, serial number LE413797
- Colt, model M4 Carbine, .223/5.56mm caliber rifle, serial number LE564127
- Century Arms International, model N-PAP, 7.62x39mm caliber rifle, serial number N-PAP056740
- Colt, model 6920, 5.56mm caliber rifle, serial number LE452151
- Century Arms International, model RAS47, 7.62x39mm caliber rifle, serial number RAS47085010
- Colt, model M4 Carbine, 5.56mm caliber rifle, serial number LE514694
- Century Arms International, model N-PAP M70, 7.62x39mm caliber rifle, serial number NPAP059675
- Century Arms International, model RAS47, 7.62x39mm caliber rifle, serial number RAS47068773
- Century Arms International, model AK-63DS, 7.62x39mm caliber rifle, serial number AK63DSF04400
- Century Arms International, model RAS47, 7.62x39mm caliber pistol, serial number RAS47P001939

## The Means and Methods of the Conspiracy

The means and methods employed by the defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that certain defendants would purchase firearms from federally licensed firearms dealers in the District of Arizona.

It was a further part of the conspiracy that these defendants would purchase the firearms on behalf of other defendants and/or co-conspirators.

It was a further part of the conspiracy that, in purchasing the firearms, these defendants would make false statements and representations to the federally licensed firearms dealers, in that in connection with each purchase, the purchasing defendant would state that he was the actual transferee/buyer of the firearm(s).

It was a further part of the conspiracy that certain defendants and/or co-conspirators would provide the funds and directions to the purchasing defendants to purchase each of the firearms involved in the conspiracy.

It was a further part of the conspiracy that certain defendants and/or co-conspirators would provide vehicles for use in the purchase of the firearms, and/or would

transport other defendants to the businesses of the federally licensed firearms dealers in order to purchase the firearms.

It was a further part of the conspiracy that, following each firearm purchase, the purchasing defendant would transfer possession of the firearm(s) to other defendants or co-conspirators.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

On July 12, 2017, in Tucson, MARTIN FLORES purchased two firearms from a federally licensed firearms dealer, and represented that he was the actual purchaser of the firearms when in fact he was acquiring the firearms on behalf of other defendants and co-conspirators. In connection with this purchase, MARTIN FLORES also provided a false address to further conceal the conspiracy. EDGAR ANTONIO CASAHONDA transported MARTIN FLORES to the business of the federally licensed firearms dealer to purchase the firearms. ANTONIO ADRIAN NIETO MACIAS provided MARTIN FLORES a false bill of sale for the firearms to further conceal the conspiracy.

Also on July 12, 2017, in Tucson, JOSE RODRIGUEZ SAN MIGUEL purchased two firearms from a federally licensed firearms dealer, and represented that he was the actual purchaser of the firearms when in fact he was acquiring the firearms on behalf of ANTONIO ADRIAN NIETO MACIAS and EDGAR ANTONIO CASAHONDA. Furthermore, EDGAR ANTONIO CASAHONDA provided JOSE RODRIGUEZ SAN MIGUEL the funds for the purchase of the firearms, and ANTONIO ADRIAN NIETO MACIAS provided JOSE RODRIGUEZ SAN MIGUEL a false bill of sale for the firearms to further conceal the conspiracy.

On July 15, 2017, in Avondale, CESAR ERNESTO LOREA RUBIO purchased a firearm from a federally licensed firearms dealer, and in connection with the purchase, he provided a false address to further conceal the conspiracy. EDGAR ANTONIO CASAHONDA and JOSE RODRIGUEZ SAN MIGUEL were present in the business of

1 the federally licensed firearms dealer at the time CESAR ERNESTO LOREA RUBIO

2 purchased the firearm.

3       Also on July 15, 2017, in Phoenix, in the District of Arizona, JOSE RODRIGUEZ

4 SAN MIGUEL purchased a firearm from a federally licensed firearms dealer, and

5 represented that he was the actual purchaser of the firearm when in fact he was acquiring

6 the firearm on behalf of EDGAR ANTONIO CASAHONDA. Furthermore, EDGAR

7 ANTONIO CASAHONDA provided JOSE RODRIGUEZ SAN MIGUEL the funds for

8 the purchase of the firearm, gave JOSE RODRIGUEZ SAN MIGUEL directions for the

9 purchase of the firearm, and transported JOSE RODRIGUEZ SAN MIGUEL to the

10 business of the federally licensed firearms dealer to purchase the firearm.

11       On July 16, 2017, in Avondale, JOSE RODRIGUEZ SAN MIGUEL attempted to

12 purchase a firearm from a federally licensed firearms dealer, and represented that he was

13 the actual purchaser of the firearm. An employee of the federally licensed firearms dealer

14 recognized JOSE RODRIGUEZ SAN MIGUEL as having been present with CESAR

15 ERNESTO LOREA RUBIO and EDGAR ANTONIO CASAHONDA at the same

16 federally licensed firearms dealer the previous day, when ERNESTO LOREA RUBIO

17 purchased the same type of firearm JOSE RODRIGUEZ SAN MIGUEL was attempting

18 to purchase. Later the same date, in Tucson, JOSE RODRIGUEZ SAN MIGUEL

19 attempted to purchase the same type of firearm from a federally licensed firearms dealer,

20 and represented that he was the actual purchaser of the firearm.

21       On July 18, 2017, in Tucson, JESUS DE LA CRUZ MORENO purchased a firearm

22 from a federally licensed firearms dealer, and represented that he was the actual purchaser

23 of the firearm when in fact he was acquiring the firearm on behalf of EDGAR ANTONIO

24 CASAHONDA. This was the exact firearm JOSE RODRIGUEZ SAN MIGUEL

25 attempted to purchase from the federally licensed firearms dealer in Tucson on July 16,

26 2017. On the same date, JESUS DE LA CRUZ MORENO purchased another firearm from

27 another federally licensed firearms dealer in Tucson, and represented that he was the actual

28 purchaser of the firearm when in fact he was also acquiring this firearm on behalf of

| | |
|---|---|
| 1 | EDGAR ANTONIO CASAHONDA. Furthermore, EDGAR ANTONIO CASAHONDA |
| 2 | provided the funds to JESUS DE LA CRUZ MORENO for the purchases of both firearms, |
| 3 | gave JESUS DE LA CRUZ MORENO directions for the purchases of the firearms, and |
| 4 | transported JOSE RODRIGUEZ SAN MIGUEL to the businesses of the federally licensed |
| 5 | firearms dealers to purchase the firearms. JOSE RODRIGUEZ SAN MIGUEL was also |
| 6 | also present during these firearm purchases. |
| 7 | On July 24, 2017, in Tucson, JOSE RODRIGUEZ SAN MIGUEL purchased a |
| 8 | firearm from a federally licensed firearms dealer, and represented that he was the actual |
| 9 | purchaser of the firearm when in fact he was acquiring the firearm on behalf of EDGAR |
| 10 | ANTONIO CASAHONDA and ANTONIO ADRIAN NIETO MACIAS. Furthermore, |
| 11 | ANTONIO ADRIAN NIETO MACIAS provided EDGAR ANTONIO CASAHONDA the |
| 12 | funds for the purchase of the firearm. EDGAR ANTONIO CASAHONDA then provided |
| 13 | the funds to JOSE RODRIGUEZ SAN MIGUEL, gave JOSE RODRIGUEZ SAN |
| 14 | MIGUEL directions for the purchase of the firearm, and transported JOSE RODRIGUEZ |
| 15 | SAN MIGUEL to the business of the federally licensed firearms dealer to purchase the |
| 16 | firearm. MARTIN FLORES was also present during this firearm purchase. ANTONIO |
| 17 | ADRIAN NIETO MACIAS also provided JOSE RODRIGUEZ SAN MIGUEL a false bill |
| 18 | of sale for the firearm to further conceal the conspiracy. |
| 19 | Also on July 24, 2017, in Tucson, MARTIN FLORES purchased a firearm from a |
| 20 | federally licensed firearms dealer, and represented that he was the actual purchaser of the |
| 21 | firearm when in fact he was acquiring the firearm on behalf of other defendants and co- |
| 22 | conspirators. In connection with this purchase, MARTIN FLORES also provided a false |
| 23 | address to further conceal the conspiracy. EDGAR ANTONIO CASAHONDA |
| 24 | transported MARTIN FLORES to the business of the federally licensed firearms dealer to |
| 25 | purchase the firearm. ANTONIO ADRIAN NIETO MACIAS provided MARTIN |
| 26 | FLORES a false bill of sale for the firearm to further conceal the conspiracy. |
| 27 | On July 27, 2017, in Arizona, EDGAR ANTONIO CASAHONDA, JOSE |
| 28 | RODRIGUEZ SAN MIGUEL, and JESUS DE LA CRUZ MORENO were encountered |

together in a vehicle. Also found in the vehicle was $8,600 in cash and receipts for the firearm purchases made by JESUS DE LA CRUZ MORENO on July 15 and 24, 2017. It was the intention of EDGAR ANTONIO CASAHONDA, JOSE RODRIGUEZ SAN MIGUEL, and JESUS DE LA CRUZ MORENO to purchase firearms on July 27, 2017.

On August 2, 2017, in Tucson, MARTIN FLORES purchased two firearms from two separate federally licensed firearms dealers, and represented that he was the actual purchaser of the firearms when in fact he was acquiring the firearms on behalf of other defendants and co-conspirators. In connection with these purchases, MARTIN FLORES also provided a false address to further conceal the conspiracy. EDGAR ANTONIO CASAHONDA transported MARTIN FLORES to the business of the federally licensed firearms dealer to purchase the firearm.

On August 11, 2017, in Tucson, MARTIN FLORES purchased a firearm from a federally licensed firearms dealer, and represented that he was the actual purchaser of the firearm when in fact he was acquiring the firearm on behalf of other defendants and co-conspirators. In connection with this purchase, MARTIN FLORES also provided a false address to further conceal the conspiracy. EDGAR ANTONIO CASAHONDA provided MARTIN FLORES with the funds to purchase the firearm, and transported MARTIN FLORES to the business of the federally licensed firearms dealer to purchase the firearm.

On August 24, 2017, in Tucson, MARTIN FLORES purchased a firearm from a federally licensed firearms dealer, and represented that he was the actual purchaser of the firearm when in fact he was acquiring the firearm on behalf of other defendants and co-conspirators. In connection with this purchase, MARTIN FLORES also provided a false address to further conceal the conspiracy. EDGAR ANTONIO CASAHONDA transported MARTIN FLORES to the business of the federally licensed firearms dealer to purchase the firearm.

On August 25, 2017, in Tucson, MARTIN FLORES purchased a firearm from a federally licensed firearms dealer, and represented that he was the actual purchaser of the firearm when in fact he was acquiring the firearm on behalf of other defendants and co-

conspirators. In connection with this purchase, MARTIN FLORES also provided a false address to further conceal the conspiracy. EDGAR ANTONIO CASAHONDA provided MARTIN FLORES with the funds to purchase the firearm, and transported MARTIN FLORES to the business of the federally licensed firearms dealer to purchase the firearm.

On August 31, 2017, in Tucson, MARTIN FLORES purchased a firearm from a federally licensed firearms dealer, and represented that he was the actual purchaser of the firearm when in fact he was acquiring the firearm on behalf of other defendants and co-conspirators. In connection with this purchase, MARTIN FLORES also provided a false address to further conceal the conspiracy. EDGAR ANTONIO CASAHONDA transported MARTIN FLORES to the business of the federally licensed firearms dealer to purchase the firearm.

On September 11, 2017, in Tucson, MARTIN FLORES purchased a firearm from a federally licensed firearms dealer, and represented that he was the actual purchaser of the firearm when in fact he was acquiring the firearm on behalf of other defendants and co-conspirators. In connection with this purchase, MARTIN FLORES also provided a false address to further conceal the conspiracy. EDGAR ANTONIO CASAHONDA transported MARTIN FLORES to the business of the federally licensed firearms dealer to purchase the firearm.

On September 12, 2017, in Tucson, FRANCSISCO FABIAN ALEXIS ROMERO purchased four firearms from a federally licensed firearms dealer, and represented that he was the actual purchaser of the firearms when in fact he was acquiring the firearms on behalf of EDGAR ANTONIO CASAHONDA. Furthermore, EDGAR ANTONIO CASAHONDA provided FRANCSISCO FABIAN ALEXIS ROMERO with the funds and directions for the purchase of the firearms, and transported FRANCSISCO FABIAN ALEXIS ROMERO from Mexico to the business of the federally licensed firearms dealer to purchase the firearms. EDGAR ANTONIO CASAHONDA and FRANCSISCO FABIAN ALEXIS ROMERO acquired these firearms with the intent that they be smuggled from the United States into Mexico.

On November 6, 2017, agents with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, attempted to interview EDGAR ANTONIO CASAHONDA in connection with his involvement in this conspiracy. EDGAR ANTONIO CASAHONDA repeatedly denied that he was "Edgar Casahonda" and stated that "Edgar" was currently at work, in attempt to further conceal the conspiracy. EDGAR ANTONIO CASAHONDA was subsequently positively identified.

All in violation of 18 U.S.C. Section 371.

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts 1 through 28 of this Indictment, the defendants, EDGAR ANTONIO CASAHONDA, ANTONIO ADRIAN NIETO MACIAS, JOSE RODRIGUEZ SAN MIGUEL, MARTIN FLORES, JESUS DE LA CRUZ MORENO, CESAR ERNESTO LOREA RUBIO, and FRANCISCO FABIAN ALEXIS ROMERO, shall forfeit to the United States:

a)      pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Sections 2, 371, 554, 924(a)(1)(A), or a conspiracy to commit such offense; and

b)      pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c) any firearms and ammunition involved in the commission of an offense in violation of Title 18, United States Code, Section 922, including, but not limited to:

- Century Arms International, model AK63DS, 7.62x39mm caliber rifle, serial number AK63DS-FO3195
- Colt, model M4 Carbine, 5.56mm caliber rifle, serial number LE438999
- Century Arms International, model N-PAP DF, 7.62x39mm caliber rifle, serial number NPDF011269
- Colt, model M4 Carbine, 5.56mm caliber rifle, serial number LE561596
- Colt, model M4 Carbine, .223/5.56mm caliber rifle, serial number LE561074
- Century Arms International, model N-PAP, 7.62x39 mm caliber rifle, serial number NPDF010953
- Colt, model M4 Carbine, .223/5.56mm caliber rifle, serial number LE510229
- Century Arms International, model AK63DS, 7.62x39mm caliber rifle, serial number AK63DS-F04552
- Colt, model LE6920, 5.56mm caliber rifle, serial number LE416962

1   - Colt, model LE6920, 5.56mm caliber rifle, serial number LE413704
    - Colt, model M4 Carbine, 5.56mm caliber rifle, serial number LE561836
2   - Colt, model LE6920, 5.56mm caliber rifle, serial number LE413797
    - Colt, model M4 Carbine, .223/5.56mm caliber rifle, serial number LE564127
3   - Century Arms International, model N-PAP, 7.62x39mm caliber rifle, serial number
      N-PAP056740
    - Colt, model 6920, 5.56mm caliber rifle, serial number LE452151
4   - Century Arms International, model RAS47, 7.62x39mm caliber rifle, serial number
      RAS47085010
5   - Colt, model M4 Carbine, 5.56mm caliber rifle, serial number LE514694
    - Century Arms International, model N-PAP M70, 7.62x39mm caliber rifle, serial
6     number NPAP059675
    - Century Arms International, model RAS47, 7.62x39mm caliber rifle, serial number
7     RAS47068773
    - Century Arms International, model AK-63DS, 7.62x39mm caliber rifle, serial
8     number AK63DSF04400
    - Century Arms International, model RAS47, 7.62x39mm caliber pistol, serial
9     number RAS47P001939

10          If any of the property described above, as a result of any act or omission of the

11   defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred

12   or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of

13   the court; d) has been substantially diminished in value; or e) has been commingled with

14   other property which cannot be divided without difficulty, it is the intent of the United

15   States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title

16   28, United States Code, Section 2461(c), to seek forfeiture of any other property of said

17   defendants up to the value of the above forfeitable property, including, but not limited to,

18   all property, both real and personal, owned by the defendants.

19          All pursuant to Title 18, United States Code, Sections 924(d)(1), 981(a)(1)(C); and

20   Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal

21   Procedure.

                                    A TRUE BILL

22
                                    _____/s/_____
23                                  Presiding Juror

24   ELIZABETH A. STRANGE
     First Assistant United States Attorney
25   District of Arizona

26   Assistant /s/ Attorney
                                                    REDACTED FOR
27     Dated:   December 6, 2017                    PUBLIC DISCLOSURE

28